(90 South. 40)

**THOMAS v. HATCHER.    (8 Div. 775.)**

(Court of Appeals of Alabama.    June 14, 1921.)

Appeal and error ⬅1126—Appeal not perfected within court rule, judgment affirmed on certificate.

Where a certificate of appeal was filed with the clerk August 18, 1920, and an order of continuance was made by this court on February 1, 1921, and the transcript filed May 5, 1921, no briefs being filed by appellant, nor errors assigned, until June 2, 1921, *held*, that motion of appellee for affirmance of judgment on the certificate was within Supreme Court rule 32 (Code 1907, p. 1514).

Appeal from Circuit Court, Lauderdale County; C. P. Almon, Judge.

Assumpsit by J. W. Hatcher against J. B. Thomas. Judgment for the plaintiff, and the defendant appeals. Affirmed on certificate.

Mitchell & Hughston, of Florence, for appellant.

⬅For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes

Counsel discuss the appeal on the merits, but in view of the opinion it is not deemed necessary to here set them out.

Simpson & Simpson, of Florence, for appellee.

This case should be affirmed on certificate. 81 South. 360; 85 South. 37.

BRICKEN, P. J. This cause is submitted in this court upon a motion to affirm the judgment on certificate. This submission was taken on May 19, 1921.

From an examination of the record it appears that this cause was tried and determined in the lower court on January 6, 1920, and the appeal was taken from the judgment rendered on April 19, 1920. It further appears that the certificate of appeal was filed with the clerk of this court on August 18, 1920. An order of continuance was made in the cause by this court on February 1, 1921, and the transcript was filed here on May 5, 1921. No briefs were filed by appellant nor the errors assigned insisted upon, until June 2, 1921. It thus appears that the motion of appellee comes clearly within the terms of Supreme Court rule 32 (Code 1907, p. 1514). The motion is therefore granted, and the judgment appealed from is affirmed.

Affirmed.

---

⟺For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes